## UNITED STATES BANKRUPTCY COURT
## EASTERN DIVISION OF MICHIGAN
## SOUTHERN DIVISION

IN RE: James Guy  
Patricia B Guy

Case Number: 04-73201-MBM  
Chapter 13  
Judge MARCI B. MCIVOR

### NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|
| Debtor Refund<br>JAMES GUY<br>PATRICIA B GUY<br>12804 Grandmont<br>Detroit, MI 48227 | 2566099 | September 16, 2010 | $22.18 |

Dated: October 05, 2010

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee  
David Wm. Ruskin  
26555 Evergreen Ste 1100  
Southfield MI 48076  
(248) 352-7755